# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:12–cv–06839–DMG–CW

| | |
|---|---|
| Gloria White v. FIA Card Services, National Association et al | Date Filed: 08/08/2012 |
| Assigned to: Judge Dolly M. Gee | Date Terminated: 08/16/2012 |
| Referred to: Magistrate Judge Carla Woehrle | Jury Demand: Plaintiff |
| Case in other court:  Superior Court of CA, Los Angeles County, BC486739 | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

Cause: 28:1441 Notice of Removal – Personal Injury

**Plaintiff**

**Gloria White**  represented by  **Ari Emanuel Moss**
*individually and on behalf of other persons*  Law Offices of Ari Moss
*similarly situated*  15300 Ventura Boulevard Suite 207
Sherman Oaks, CA 91403
310–982–2984
Fax: 310–861–0389
Email: ari@arimoss.com
*ATTORNEY TO BE NOTICED*

**Kenneth Alan Goldman**
Law Office of Kenneth Goldman PC
15300 Ventura Boulevard Suite 207
Sherman Oaks, CA 91403
818–287–7689
Email: ken@kengoldmanlaw.com
*ATTORNEY TO BE NOTICED*

**Zorik Mooradian**
Zorik Mooradian Law Offices
16501 Ventura Boulevard Suite 410
Encino, CA 91436
818–783–4700
Fax: 818–73–8983
Email: zmooradian@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FIA Card Services, National Association**  represented by  **Abraham J Colman**
*a federally chartered national bankng*  Reed Smith LLP
*association*  355 South Grand Avenue Suite 2900
Los Angeles, CA 90071–1514
213–457–8000
Fax: 213–457–8080
Email: acolman@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Amir Shlesinger**
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071–1514
213–457–8000
Fax: 213–457–8080
Email: ashlesinger@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Felicia Yu**
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071
213–457–8000
Fax: 213–457–8080
Email: fyu@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Janet Maria Lee**
Reed Smith LLP
355 S Grand Ave Suite 2900
Los Angeles, CA 90071–1514
213–457–8000
Fax: 213–457–8080
Email: jmlee@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1–10*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2012 | Ï 1 | NOTICE OF REMOVAL from the Superior Court of CA, Los Angeles County, case number BC486734 with CONFORMED copies of summons and complaint. Case assigned to Judge Dolly M. Gee, discovery to Magistrate Judge Carla Woehrle; (Filing fee $ 350 PAID );filed by defendant FIA Card Services, National Association.(esa) (mg). (Entered: 08/09/2012) |
| 08/08/2012 | Ï | COPY (NOT CONFORMED) OF FIRST AMENDED COMPLAINT against defendants Does 1–10, FIA Card Services, National Association amending Complaint, 1 ; JURY DEMAND,filed by plaintiff Gloria White (esa) (Entered: 08/09/2012) |
| 08/08/2012 | Ï 3 | CERTIFICATION OF INTERESTED PARTIES filed by defendant FIA Card Services, National Association, identifying Other Affiliate NB Holdings Corporation, Other Affiliate Bank of America Corp. for FIA Card Services, National Association. (esa) (mg). (Entered: 08/09/2012) |
| 08/08/2012 | Ï 4 | NOTICE OF COMPLIANCE WITH 28 U.S.C. Section 1446(d) filed by defendant FIA Card Services, National Association. (esa) (mg). (Entered: 08/09/2012) |
| 08/08/2012 | Ï 5 | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING filed by defendant FIA Card Services, National Association. (esa) (mg). (Entered: 08/09/2012) |
| 08/08/2012 | Ï 6 | PROOF OF SERVICE filed by defendant FIA Card Services, National Association, Notice of |

| | | |
|---|---|---|
| | | Removal, Notice of Compliance, served on 8/8/12. (esa) (mg). (Entered: 08/09/2012) |
| 08/08/2012 | Ï 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed.(esa) (Entered: 08/09/2012) |
| 08/09/2012 | Ï 2 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dolly M. Gee. (im) (Entered: 08/09/2012) |
| 08/09/2012 | Ï 8 | PROOF OF SERVICE filed by Defendant FIA Card Services, National Association, *Notice of Assignment, Notices to Parties of Court–Directed ADR Program and Court Handouts* served on August 9, 2012. (Lee, Janet) (Entered: 08/09/2012) |
| 08/10/2012 | Ï 9 | PROOF OF SERVICE filed by Defendant FIA Card Services, National Association, re Initial Order upon Filing of Complaint 2 served on 8/10/2012. (Lee, Janet) (Entered: 08/10/2012) |
| 08/10/2012 | Ï 10 | STIPULATION Extending Time to Answer the complaint as to FIA Card Services, National Association answer now due 9/14/2012, filed by Defendant FIA Card Services, National Association. (Attachments: # 1 Proof of Service)(Lee, Janet) (Entered: 08/10/2012) |
| 08/13/2012 | Ï 11 | PROOF OF SERVICE filed by Defendant FIA Card Services, National Association FIA Card Services, National Association, *Notice of Pendency of Other Action or Proceedings; Civil Cover Sheet and Certification of Interested Parties* served on August 8, 2012. (Lee, Janet) (Entered: 08/13/2012) |
| 08/16/2012 | Ï 12 | STIPULATION to Transfer Case to United States District Court, Southern District of California filed by Defendant FIA Card Services, National Association. (Attachments: # 1 Proposed Order Regarding Stipulation to Transfer Venue, # 2 Proof of Service)(Lee, Janet) (Entered: 08/16/2012) |
| 08/16/2012 | Ï 13 | ORDER REGARDING STIPULATION TO TRANSFER VENUE by Judge Dolly M. Gee: Upon Stipulation 12 , and counsel having advised that Katie Knell, individually and on behalf of all others similarly situated v. Encore Receivable Management, Inc., and FIA Card Services, N.A., Case No. 3:12–cv–00426–AJB–WVG, pending in the United States District Court, Southern District of California involves substantially the same subject matter and substantially the same parties as this action, IT IS HEREBY ORDERED, that this action shall be transferred to the United States District Court, Southern District of California. Case electronically transferred. (MD JS–6. Case Terminated.) (Attachments: # 1 CV–22 Transmittal Form) (gk) (Entered: 08/17/2012) |