1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10         SOUTHERN DISTRICT OF CALIFORNIA

11
GLORIA WHITE, an individual and on          )     Civil No.12cv2034  AJB (WVG)
12   behalf of other persons similarly situated,  )
                                              )     ORDER GRANTING JOINT MOTION TO
13                    Plaintiff,               )     FILE THIRD AMENDED COMPLAINT
     v.                                       )
14                                            )     (Doc. No. 34)
     FIA CARD SERVICES, N.A., a federally     )
15   chartered national banking association, and  )
     DOES 1-10,                               )
16                                            )
                      Defendants.             )
17   _____      )

18         Pursuant to the parties' Joint Motion to file the third amended complaint due to the parties

19   engagement in productive settlement negotiations, it is hereby ordered that plaintiff will file her third

20   amended complaint on or before *May 31, 2013.*  No further extensions will be granted absent extreme

21   good cause.

22         IT IS SO ORDERED.

23

24   DATED:  March 27, 2013

25                                            _____
                                             Hon. Anthony J. Battaglia
26                                           U.S. District Judge

27

28

                                             1